**Order filed, April 16, 2012.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-11-01056-CR
_____

**BRANDON WAYNE CANNON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 248th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1271786**

## ORDER

The reporter's record in this case was due **February 6, 2012**, 2012.  *See* Tex. R. App. P. 35.1.  On February 8, 2012, this court granted **Louise Steckler's** motion  to file the record within 60 days.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Louise Steckler**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.  **No further extension will be entertained**.  The trial and appellate courts are jointly responsible for ensuring that the

appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c).  If **Louise Steckler** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM